IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2026 MAY 19 PM 3:58

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TRISTAN BUSH,<br><br>Defendant. | 4:26CR3040<br><br>INDICTMENT<br>18 U.S.C. § 2115<br>21 U.S.C. § 841(a)(1), 841(b)(1) |

The Grand Jury charges that

## COUNT I

On or about January 8, 2026, in the District of Nebraska, the defendant, TRISTAN BUSH, did forcibly break into a United States Post Office located in Grand Island, Nebraska, with the intent to commit a larceny in such United States Post Office.

In violation of Title 18, United States Code, Sections 2115.

## COUNT II

On or about January 18, 2026, in the District of Nebraska, Defendant TRISTAN BUSH did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine (actual), its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

UNITED STATES OF AMERICA,
Plaintiff

LESLEY A. WOODS
United States Attorney
District of Nebraska

JULIE ANN M. MRUZ, #25564
Assistant United States Attorney